| | |
|---|---|
| 1. A method for controlling an environment, comprising:<br>establishing communication between a server and a control client via a first communication interface;<br>establishing communication between a server and an environmental device via a second communication interface, wherein said environmental device is not in direct communication with said control client;<br>creating or modifying, in response to a request originating from said control client, a policy on said server that changes the operation of said environmental device;<br>applying said policy from said server to said environmental device causing said environmental device to operate in a specified manner;<br>requesting an exception to said policy via said control client;<br>verifying said exception is within the rights of a user of said control client by authenticating said user; and<br>applying, if said exception is within the rights of said user, said exception to said policy to said environmental | **Ring Alarm**<br><br>**Analysis Summary**: Ring provides Ring Base station (second communication interface) which lets user to connect Ring Alarm components (environmental device) so that user can monitor these devices through the Ring App (method for controlling). For controlling Ring devices through app, user first have to sign up or create a Ring Account (authenticating user), and after valid Login, user is allowed to control Ring device. Ring App, provides a feature of snoozing (creating or modifying), which lets user to disable motion alerts for a set amount of time once that time passes user get motion alerts again. User can select the length & time of snooze (requesting exception), and once the length & time is selected Ring products will be snoozed based on the selection (applying the exception).<br><br>Here, exception policies are considered as the policies that are imposed on the Ring device to operate in a way something other than normal set of policies i.e. snoozing alerts of Ring's motion sensor for a time period. These exception policies have been applied to devices only when they are requested by authenticated users that has a right to change the policies to cause the device to operate in a different way.<br><br>ring<br><br>With Ring, you can monitor your home from your smartphone, tablet or PC. Every Ring device features a wide-angle lens and a built-in microphone and speaker, so you can see, hear and speak to anyone on your property from anywhere.<br><br>*Source:https://ring.com/gettheapp* |

| | |
|---|---|
| device causing said environmental device to operate in a different manner from said specified manner. | A smarter way to connect your home security.<br><br>The Ring Base Station lets you connect Ring Alarm components so that you can monitor them through the Ring App. The Ring Base Station also integrates with Alexa-enabled devices.<br><br>*Source:https://shop.ring.com/pages/security-system*<br><br>**Download the Ring app**<br>The Ring app will walk you through setting up and managing your Ring Alarm system.<br><br>*Source:https://files.bbystatic.com/6vcOhafA606WF2njGNmg7g%3D%3D/46bb1143-d563-49d1-a8dc-a036f3fad089.pdf*<br><br>What's in your Ring Alarm Kit<br>   Ring Base Station — Ring Motion Detector — Ring Keypad — Ring Range Extender — Ring Contact Sensor |



 

*Source:https://www.youtube.com/watch?v=reHfbgVTG4w*

*Source:https://files.bbystatic.com/6vcOhafA606WF2njGNmg7g%3D%3D/46bb1143-d563-49d1-a8dc-a036f3fad089.pdf*

*Source: https://www.homecontrols.com/homecontrols/products/pdfs/BT-Ring/Ring-Alarm-Security-Basics-User-Manual.pdf*



*Source:https://www.microsoft.com/en-us/p/ring-always-home/9nblggh1qwd4?activetab=pivot:overviewtab#*

